```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  JAN - 7 2014

            CENTRAL DISTRICT OF CALIFORNIA
            BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>            Plaintiff,  )<br>                         )<br>vs.                       )<br>                         )<br>Nick Vedol Lopez          )<br>            Defendant.    )<br>_____) | Case No.: CR-13-00080-DSF<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __no verification of info; no resources for bail; history of__

1     violating court orders; nature of charges

4     and/or

5 B.  ( ✓ ) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: frequent violations + criminal history + no persuasive evid to contrary

14     IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: 1/7/15

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE